UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)   No. 4:15-MJ-4016 HDY<br>) |
| v. | )<br>) |
| CHRISTOPHER WATSON | )<br>) |

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
JAN 2 3 2015
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

MOTION TO SEAL COMPLAINT AND ARREST WARRANT

In order to assure officer safety and to eliminate the risk of flight, the United States requests that the above-styled Complaint and Arrest Warrant be sealed until the pending arrest warrant is served upon the defendant and the defendant is in custody.

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

By ANNE E. GARDNER
Assistant U.S. Attorney
Bar No. 41461
P.O. Box 1229
Little Rock, Arkansas 72203
501-340-2600
Anne.Gardner2@usdoj.gov

ORDER

Pursuant to the above request, the Complaint and Arrest Warrant in this matter shall be sealed until the defendant has been arrested and is in custody.

1-23-15
DATE

_____
UNITED STATES MAGISTRATE JUDGE

1