(Post. 4/1/2015)

# United States District Court
*Eastern District of Arkansas*

UNITED STATES OF AMERICA

**NOTICE**

V.

CHRISTOPHER WATSON AND
TOMMY WATSON

CASE NUMBER:   4:15CR00038 -01, 02 JM

TYPE OF CASE:   ☐ CIVIL   ☒ CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | |
| | DATE AND TIME |

TYPE OF PROCEEDING

Plea and Arraignment before Magistrate Judge Joe J. Volpe

☑ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | 2C | 5/21/2015 10:00 A.M. |

James W. McCormack, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

5/12/2015

/s/ Lorna Jones, Deputy Clerk

DATE

(BY) DEPUTY CLERK

To:   AUSA
Defense Counsel
CSO
USM
USPO