IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  NO. 4:15CR0038 JM

CHRISTOPHER GRANT WATSON

## ORDER

Pending is the parties joint motion to modify conditions of bond. (Docket #819). The motion is GRANTED. The Clerk is directed to re-designate the $50,000.00 bond paid on behalf of Defendant Christopher Grant Watson to the $50,000.00 fine ordered to be paid by Defendant Tom Watson.

IT IS SO ORDERED this 13th day of October, 2017.

_____
James M. Moody Jr.
United States District Judge