UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **United States of America** | **Plaintiff** |
| **v.**   Case No.: 4:15–cr–00038–JM | |
| **Christopher Grant Watson** | **Defendant** |

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for March 6, 2019, at 10:00 AM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

    A writ must be prepared and submitted to the United States Marshal in order to transport defendant to the proceeding.

**DATE:** January 15, 2019

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

**By:** Kacie O. Glenn, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas