U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date: 4/30/2019

**Caption:** USA v. Watson

**Case No.:** 4:15-cr-00038-01-JM

**Appellant:** Christopher Grant Watson

**Appellant's Attorney(s):** Mark F. Hampton

**Appellees:** USA

**Appellee's Attorney(s):** Anne Gardner, Cameron McCree

**Court Reporter(s):** Karen Baker

**Name of Person who prepared appeal:** Forrest Dunn, Deputy Clerk (501-604-5341)

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| n/a | N | N | N |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Retained | N |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** Y

**Where?** Memphis FCI
**Address of Defendant:** PO Box 34550, Memphis, TN

**Please list all other defendants in this case if there were multiple defendants:**
Tommy Watson, et al

**Special Comments:** _____