Honorable Judge Moody,

My name is Grant Gordy from Conway, Arkansas. I appreciate the time you have afforded me to impart to you the character of the man that I have known Christopher G Watson to be over the past 40+ years. Chris and I met one another via the Conway little league baseball program, in the early '80's when we were 10yrs old. From that point on we were fast friends and, all but, inseparable through our formative years and college. We did the typical things that young boys, and burgeoning men, do together.... attend school, play ball, date, work, dream of the future, and make our mark on the community that was shaping/molding us all without incident. Chris was well known and well liked for displaying good behavior, being respectful, a good athlete, and an even better student.

Upon graduation we elected to attend the University of Central Arkansas. We pledged the same fraternity and our intertwined lives continued the way it had for so many years prior. Chris elected to pursue a degree in pharmacology and fulfilled the requirements necessary to leave UCA for UAMS. Although our educational pursuits differed, and our studies had us on different campuses, we were still very much a part of one another's lives. Upon graduating from our respective universities we started our careers and families. The rigors of beginning our adult lives kept us from seeing one another as often as we were accustomed, but that did not prevent us from checking in on one another via phone/email on a consistent basis.

As an adult Chris continued the role he has always played.... that of a thought leader, pillar of the community, and a success at whatever endeavor he elected to pursue. The actions that have necessitated the need for my writing this letter are not that of the individual that I have known for 40+ years. The Chris I know is an extremely intelligent, caring, contributing member of society that has taken care of countless individuals health care needs, given selflessly of both his time and philanthropic dollar, and helped in more ways than could be counted.

Knowing Chris like I do, I know that he has more to offer and contribute to society. The past handful of years are but one chapter in his story and in the remaining years of his life I know that he will leave a positive, and lasting, legacy on those that he comes into contact. Having served the lions' share of his sentence I am writing to request that Chris be given the opportunity to continue to exhibit the impeccable character that he has otherwise exemplified the entirety of his life sooner rather than later.

If I could choose but one person to be in my foxhole it would be Chris. When I reflect on my life, he always has been. I was, am, and will always be in his.

Respectfully,

Grant K Gordy
4915 Tyler Street
Conway, AR 72034

(501) 428.6464
grantkgordy@gmail.com

February 19, 2026

Judge Moody,

My name is Kay Reynolds. I'm 81 years of age and retired from banking after 38 years. I then had a convience store in Greenbrier, Ar for 10 years. I'm writing regarding leniency on behalf of my nephew Christopher Watson.

Christopher was my brothers son. I have been very close to Christopher the last several years. I have seen him become a good Husband and wonderful father. He was good to take care of his dad before he died. He is always kind and caring person toward me and others. His life has taken on new meaning in which I'm thankful. A new and different man.

Thanking you for any consideration you can give him in this matter.

Yours Truly,
Kay Reynolds
25 Reynolds Drive
Greenbrier, Ar 72058

**Elms-Clowers Construction, Inc.**
**3290 Stermer Road**
**Conway, Ar 72034**
**501-329-8600**

February 17, 2026

United States District Court for the Eastern District of Arkansas
Honorable Judge James M. Moody Jr.
500 West Capitol Avenue, Room C150
Little Rock, AR 72201

Dear Judge Moody:

This letter is basically just an update of the letter I prepared for you in 2016. At this time I would humbly ask for leniency for Chris Watson in consideration of early termination of his probation.

Chris Watson is still the same person I've known for 22 years. We met in South Dakota on a pheasant hunting trip with family and friends. Chris and I found that we had a mutual love for hunting, fine shotguns, competitive target shooting and just being in the outdoors.

I have been a general contractor in Central Arkansas for 44 years. Chris and I have been friends since we met and my company has worked for Chris and his wife, Jennifer, doing a total renovation on their home, his uncle and aunt, Steve and Glenda Shannon, helping build their new home and his parents, Tommy and Teresa Watson in the construction of their new home. It has been my experience that during long term construction projects that I really come to know folks. I know this family very well and they are all good, hardworking, honest people who were a pleasure to work with. My son, Ted, was just a young teenager on that pheasant hunting trip when we both met Chris and he immediately looked up to Chris as a young professional in medicine, a field that had Ted's interest. Two years later Chris hired him as a pharmacy tech and Ted grew under Chris' management and leadership at their pharmacy in Mayflower. He learned from Chris how to treat people in that environment. Chris took care of his customers in a kind, compassionate and caring way - this impressed Ted. Even though Ted did not become a pharmacist he did go into the medical profession. He has been a trauma CVICU nurse at the University of Arkansas Medical Sciences after graduating there, attended Texas Christian University to earn his Doctorate in Anesthesia and has been successfully practicing for 8 years. Chris Watson had a wonderful, positive impact on my son and was a definitely a part of Ted's success. Ted's mother and I are grateful to Chris for this.

From my relationship with Chris I believe that the Chris Watson that I met in South Dakota, the man I traveled and hunted with, the man who was a mentor to my son is a trustworthy, very respectable person who would never intentionally be dishonest in any part of his life, personal or business. Chris and Jennifer have a beautiful daughter and they are wonderful, loving parents, I see this every time I'm around them.

I would ask this court to consider that Chris is a good person and from what I've seen has been exemplary in every way in the past 10 years. I believe Chris can continue to serve his family and the community in a positive, meaningful way so any leniency you could grant would be appreciated by Chris, his family, his friends and me personally.

Respectfully submitted,

Terry Clowers

5510 Whistling Straits
Conway, AR 72034
501-730-8950
twclowers@gmail.com

Michael Gibbs
3255 Marlsgate Drive
Conway, AR 72032
501-269-2099
February 27, 2026

Case 4:15-cr-00038-JM    Document 943-1    Filed 04/13/26    Page 5 of 8

The Honorable James Moody
Eastern District of Arkansas

Re: Christopher Watson

Dear Judge Moody,

I am writing to provide a character reference for Christopher Watson whom I have known for 40 years.

My name is Michael Gibbs and I am a retired officer from the Conway Police Department. I am also the retired owner/operator of Crystal Clear Pool Service which I maintained for 33 years.

Chris Watson has always accepted the responsibility for the consequences of his actions. I've never heard him make excuses or shift the blame to anyone but himself.

I feel by his words and actions that he has shown the proper attitude for early termination of probation.

Sincerely,

Michael Gibbs

February 17, 2026

Dear Honorable Judge Moody,

My name is Kristi Cowger. I am a practicing pharmacist of nearly thirty years. I am a retail pharmacist at Kroger Pharmacy, and I also consult as an expert witness for pharmacy malpractice lawsuits.

Today I am writing on behalf of Christopher Grant Watson whom I have known for 40 years as a friend, classmate peer, and employer. But most importantly I consider Chris family…he has always treated me like a sister, and I have always loved him like the brother I never had. Chris has a heart bigger than most people know, and I have seen it firsthand. He has stood by me in so many ways it's difficult to even list them all. From rushing over to fix a toilet that was flooding my house (my husband was at the Fire Academy training for 12 weeks), to driving in the snow and ice with his wife to see me and my newborn daughter at the hospital and bring me my paycheck. That makes me laugh to this day, because what was I going to do with that check at that moment? But that is who he is…a hardworking, generous and truly wonderful human that has always GIVEN to people and never accepted anything in return.

Obviously I was shocked, saddened, and even angry when I heard the news of Chris's legal charges. He was one of the last people I would have ever expected to violate the law. He was a fantastic pharmacist who always showed true compassion and never wanted to see anyone suffer. The poor decisions Chris made were not representative of the wonderful person I know, and I was disappointed in him. And I'm sure he knew this, because he shut me out for years.

Since his release, I have seen the Chris I always knew, but with a renewed sense of humility, strength, and wisdom. I believe Chris shows genuine remorse for his actions, and is determined to focus on his Christian faith, his beautiful family, and a brighter future.

God's greatest gift to all of us was a second chance…eternal life through his Son. So I pray that the court will show leniency by granting early termination of probation for Chris Watson so that he may have a second chance.

Thank you for your time and diligence regarding this case.

Respectfully,

Kristi Cowger, Pharm.D.
3820 Whiskey Chute Drive
Conway, Arkansas 72034
(501)730-4075

Jennifer Watson
2700 Harbelle Dr.
Conway, AR 72034
501-730-1514
jennwatson1976@yahoo.com

February 23, 2026

The Honorable James Moody
United States District Court
Eastern District of Arkansas

      Re: Christopher Watson

Dear Judge Moody,

Chris and I have been married for over two decades. We met in 1998 and married in 2005. At the time of our marriage, we both worked in healthcare, Chris practiced pharmacy and I practiced nursing. In recent years I have been a commercial and residential properties manager.

During our marriage, we have shared the joy of raising our daughter together and faced the challenges of caring for and losing multiple family members. Chris's kindness and generosity are evident in his support for his family, friends, and community.

As the backbone of our family, Chris's commitment is unwavering. He is a responsible and dependable husband and father and has always been and continues to be our provider, protector, and caregiver.

Friends often seek his advice, listen to his insights, and appreciate his honesty. They respect his opinions and value his contributions to their lives.

In the community, Chris is a valued member who positively impacts the well being of those around him. He approaches life with confidence, grace, and humility, admitting his mistakes and building on his strengths.

Being released would allow him to better provide for our family by giving him the ability to travel for work without the constraints of needing approval to leave the district.

Thank you for considering his early release, as it would greatly help our family.

Respectfully,

Jennifer Watson



# LOWER YUKON SCHOOL DISTRICT

P.O. Box 32089 · Mountain Village, Alaska 99632

Phone: (907) 591-2411

www.lysd.org

**George Smith**
Chairman

**John Hargis**
Superintendent

**John M. Hargis**
819 Merlin Loop
Anchorage, AK 99518
907-250-0056
jhargis1971@yahoo.com

Date: 2/16/2026

The Honorable James Moody
 United States District Court
 Eastern District of Arkansas

Re: Christopher Watson

Dear Judge Moody,

My name is John Hargis and I live at the address listed above. I can be reached at the phone number above if the Court needs any additional information.

I am a longtime friend and I have known Christopher Watson for approximately 35 years. I am currently employed as the Superintendent of Schools for the Lower Yukon School District in western Alaska, and in that role I have experience working with individuals in positions of responsibility and trust.

During the time I have known Christopher, I have observed him to be a person of integrity, dedication, and growth. Since his involvement with the Court, he has taken full responsibility for his actions and has worked diligently to comply with all the conditions of his probation. I have personally seen positive changes in his attitude, priorities, and commitment to living a productive and law-abiding life.

Christopher has demonstrated reliability and consistency in his work and personal responsibilities. He has remained focused on supporting his family and contributing positively to his community. In my experience, he has shown genuine remorse and a sincere desire to move forward in a constructive manner.

For these reasons, I respectfully ask the Court to consider leniency on Christopher's behalf, including early termination of probation if the Court finds it appropriate. I believe he has earned the opportunity to continue progressing without further supervision.

Thank you for your time and consideration.

Respectfully,

John M. Hargis

*CHILDREN FIRST*

Alakanuk  Emmonak  Hooper Bay  Kotlik  Marshall  Mt. Village  Pilot Station  Russian Mission  Scammon Bay  Nunam Iqua